1  PATRICK T. CONNOR, Bar No. 89136
   pconnor@deconsel.com
2  MARGARET R. GIFFORD, Bar No. 118222
   mgifford@deconsel.com
3  members of
   DeCARLO, CONNOR & SHANLEY
4  A Professional Corporation
   533 S. Fremont Avenue, 9th Floor
5  Los Angeles, California 90071-1706
   Telephone: 213/488-4100
6  Telecopier: 213/488-4180

**NOTE changes made by the Court**

7  ATTORNEYS FOR PLAINTIFFS, CARPENTERS SOUTHWEST
   ADMINISTRATIVE CORPORATION and BOARD OF TRUSTEES
8  FOR THE CARPENTERS SOUTHWEST TRUSTS

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| CARPENTERS SOUTHWEST ADMINISTRATIVE CORPORATION, a California non-profit corporation; and BOARD OF TRUSTEES FOR THE CARPENTERS SOUTHWEST TRUSTS,<br><br>    Plaintiffs,<br><br>v.<br><br>ADVANCED ARCHITECTURAL METALS, INC., a Nevada corporation; STEEL SPECIALTIES UNLIMITED, INC., a Nevada corporation; ADVANCED METALS, INC., a Nevada corporation; LORI IRISH, an individual; HANOVER INSURANCE GROUP, INC., a Delaware corporation, doing business as HANOVER INSURANCE CO.; and DOES 1 through 10, inclusive,<br><br>    Defendants. | CASE NO. CV 07-6924 DDP(VBKx)<br><br>JUDGMENT<br><br>Before The Honorable<br>    Dean D. Pregerson<br><br>DATE: February 23, 2009<br>TIME: 10:00 a.m.<br>CTRM: 3<br><br>Pre-Trial Conference<br>Date: April 6, 2009<br>Time: 4:00 p.m.<br><br>Trial (non-jury)<br>Date: April 14, 2009<br>Time: 9:00 a.m. |

////

////

1     This case came on for hearing on February 23, 2009 before the Honorable Dean D. Pregerson, United States District Court Judge.

    Having considered the papers and arguments submitted, and good cause appearing;

    IT IS HEREBY ORDERED that Plaintiffs, CARPENTERS SOUTHWEST ADMINISTRATIVE CORPORATION and BOARD OF TRUSTEES, shall have judgment as follows:

<u>AS TO CARPENTERS SOUTHWEST ADMINISTRATIVE CORPORATION and BOARD OF TRUSTEES' FIRST, SECOND AND THIRD CLAIMS FOR RELIEF AGAINST ADVANCED ARCHITECTURAL METALS, INC., a Nevada corporation, STEEL SPECIALTIES UNLIMITED, INC., a Nevada corporation, ADVANCED METALS, INC., a Nevada corporation and LORI IRISH, an individual:</u>

| | | |
|---|---|---:|
| 1. | Unpaid contributions | $1,279,715.83 |
| 2. | Interest on the unpaid contributions pursuant to 29 U.S.C.A. 1132 (g)(2) (7 percent per annum) pursuant to the Trust Agreements from the due date to audit billing date (July 20, 2007) | 162,213.23 |
| 3. | Audit Fees | 7,500.00 |
| 4. | Interest from billing date to February 23, 2009 (accruing at $248.83 per day) | 142,579.59 |
| 5. | Interest pursuant to 29 U.S.C.A. 1132(g)(2)(C) (double interest on contributions) | 304,792.82 |
| 6. | Attorneys' fees | 32,588.58 |
| | GRAND TOTAL | $1,929,390.05 |

////

////

////

2

7. Plus costs to be determined after entry of judgment.

8. Pursuant to 28 U.S.C. §1961(a), this judgment shall bear interest as provided therein.

DATED: 4-15-09

_____
THE HONORABLE DEAN D. PREGERSON
UNITED STATES DISTRICT JUDGE

Presented by:

DeCARLO, CONNOR & SHANLEY
A Professional corporation


BY: /s/ Margaret R. Gifford   1/27/09
   Margaret R. Gifford
   Attorney for Plaintiffs,
   Carpenters Southwest Administrative
   Corporation and Board of Trustees

3