1  JODI SIEGNER, Bar No. 102884
   jsiegner@deconsel.com
2  DeCARLO & SHANLEY,
   a Professional Corporation
3  533 S. Fremont Avenue, Ninth Floor
   Los Angeles, California  90071-1706
4  Telephone:  (213) 488-4100
   Telecopier: (213) 488-4180
5
   ATTORNEYS FOR PLAINTIFFS, CARPENTERS SOUTHWEST
6  ADMINISTRATIVE CORPORATION and BOARD OF TRUSTEES
   FOR THE CARPENTERS SOUTHWEST TRUSTS
7

8              UNITED STATES DISTRICT COURT

9             CENTRAL DISTRICT OF CALIFORNIA

10                  WESTERN DIVISION

11
   CARPENTERS SOUTHWEST            )  CASE NO. CV 07-6924 DDP(VBKx)
12 ADMINISTRATIVE CORPORATION,     )
   a California non-profit corporation; and )  [PROPOSED] RENEWAL OF
13 BOARD OF TRUSTEES FOR THE       )  JUDGMENT BY CLERK
   CARPENTERS SOUTHWEST            )
14 TRUSTS,                         )
                                   )
15          Plaintiffs,            )
                                   )
16 v.                              )
                                   )
17 ADVANCED ARCHITECTURAL          )
   METALS, INC., a Nevada corporation; )
18 STEEL SPECIALTIES UNLIMITED,    )
   INC., a Nevada corporation;     )
19 ADVANCED METALS, INC., a        )
   Nevada corporation; LORI        )
20 IRISH, an individual; HANOVER   )
   INSURANCE GROUP, INC., a        )
21 Delaware corporation, doing     )
   business as HANOVER INSURANCE   )
22 CO.; and DOES 1through 10, inclusive, )
                                   )
23          Defendants.            )
                                   )
24

25      The judgment debtors, ADVANCED ARCHITECTURAL METALS, INC.,

26 a Nevada corporation, STEEL SPECIALTIES UNLIMITED, INC., a Nevada

27 corporation, ADVANCED METALS, INC., a Nevada corporation, and LORI

28 ////

IRISH, an individual, ("DEFENDANTS"), having judgment entered against them on April 16, 2009.

NOW, upon application of CARPENTERS SOUTHWEST ADMINISTRATIVE CORPORATION and BOARD OF TRUSTEES FOR THE CARPENTERS SOUTHWEST TRUSTS, ("CARPENTERS TRUSTS"), and upon declaration that DEFENDANTS have failed to pay the total amount of said judgment; and that DEFENDANTS are indebted to CARPENTERS TRUSTS.

That judgment against DEFENDANTS be renewed in the amount of $2,022,843.89 and that CARPENTERS TRUSTS recover as follows:

Judgment as entered:

| | | | |
|---|---|---|---|
| a. | Principal | $ | 1,287,215.83 |
| b. | Judgment interest | $ | 609,585.64 |
| c. | Costs | $ | 0.00 |
| d. | Attorney Fees pursuant to Local Rule 14.12 | $ | 32,588.58 |

Subtotal (Judgment as entered) ........................................................ $1,929,390.05

| | | | |
|---|---|---|---|
| a. | Total Judgment | | $1,929,390.05 |
| b. | Credit received | $ | 0.00 |
| c. | Interest after judgment computed from April 16, 2009 through March 13, 2017 at 0.60% ($33.07 per day) | $ | 93,453.84 |

////

////

.

////

1        d.    Subtotal . .......................................................... $2,022,843.89

2        e.    Costs after judgment .................................... $       0.00

3    Total Renewed Judgment ................................................ $2,022,843.89

4

5    DATED: ____3/29/2017____

6        DEPUTY CLERK
     UNITED STATES DISTRICT COURT

7    Presented by:

8    DeCARLO & SHANLEY,
     A Professional Corporation

9

10   BY: _____

11       JODI SIEGNER
     Attorneys For Judgment Creditors,

12   Carpenters Southwest Administrative
     Corporation and Board of Trustees

13   For the Carpenters Southwest Trusts

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3

# PROOF OF SERVICE

(Carpenters Southwest Administrative Corporation, etc. vs. Advanced Architectural
Metals, Inc., a Nevada corporation; steel Specialties Unlimited, Inc., a Nevada corporation;
Advanced Metals, Inc., a Nevada corporation; and Lori Irish, a individual
USDC Case No. CV 07-6924 DDP(VBKx)

      I am employed in the County of Los Angeles, State of California.  I am over the age of
eighteen years and not a party to the within action.  My business address is:  DeCARLO &
SHANLEY, a Professional Corporation, 533 S. Fremont Avenue, Ninth Floor, Los Angeles,
California 90071-1706.

      On March 29, 2017,  I served the foregoing document, described as:  **[PROPOSED]
RENEWAL OF JUDGMENT BY CLERK,** on interested party, addressed as follows:

Advanced Architectural Metals, Inc.,  
a Nevada corporation  
T. 247  
St Maarten

Steele Specialties Unlimited, Inc.,  
a Nevada corporation  
4145 W. Hacienda Ave.  
Las Vegas, NV 89118

Advanced Metals, Inc., a Nevada corporation  
4145 W. Hacienda Ave.  
Las Vegas, NV 89118

Lori Irish  
1904 Redbird Crest Lane  
Las Vegas, NV 89134-6688

Richard C. Sipan, Esq.  
5335 Wynn Road  
Las Vegas, NV 89118

in said action, by placing a true copy thereof

[x]    (BY MAIL) I placed such envelopes with postage thereon fully prepaid to be placed in
the United States Mail at 533 S. Fremont Avenue, Los Angeles, California  90071-1706.

      Executed on March 29, 2017, at Los Angeles, California 90071.

[x]    (FEDERAL)   I declare that I am employed in the office of a member of the bar of this
court at whose direction the service was made.

                                 Lucy J. Moure-Pasco